UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| VETERA GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1499 (PLF) |
| | ) | |
| GOVERNMENT OF THE DISTRICT OF | ) | |
| COLUMBIA, DEPARTMENT OF PUBLIC | ) | |
| WORKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

ORDER

This matter is before the Court on defendant's motion to dismiss. For the reasons

stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss [4] is GRANTED and plaintiff's

complaint is dismissed without prejudice; it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge


DATE: May 22, 2009